IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABS OF VIRGINIA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLINTRIALS BIORESEARCH, LTD., ) <br> and BIO-RESEARCH LABORATORIES, ) <br> LTD., ) <br> ) <br> Defendants. ) | Misc. No. 07-197-GMS <br><br> Case No. 2:06mc4 <br> (Eastern District of Virginia) |

**NOTICE OF WITHDRAWAL OF**
**L.O.V. SHAREHOLDERS, LLC'S MOTION TO COMPEL**

WHEREAS, L.O.V. Shareholders, LLC ("LOV") filed a motion (the "Motion") (D.I. 1) seeking an order of the Court compelling Inveresk Research Group, LLC, Inveresk Holdings, LLC, and Charles River Laboratories International, Inc. (together, the "Subpoena Recipients") to provide documents responsive to subpoenas served upon them on June 27, 2007 (the "Subpoenas");

WHEREAS, the Subpoena Recipients objected to the Subpoenas and opposed the relief sought by the Motion (D.I. 2);

WHEREAS, on December 12, 2007, the Subpoena Recipients produced documents pursuant to the Subpoenas;

WHEREAS, review of those documents by LOV and an attempt to determine whether they constitute a full and complete response to the Subpoenas is ongoing; and

2

WHEREAS, in light of the Subpoena Recipients' production of documents, there is at this time no need for the relief sought by the Motion;

NOW THEREFORE, LOV hereby withdraws the Motion without prejudice.

ASHBY & GEDDES

/s/Andrew D. Cordo

Philip Trainer, Jr. (#2788)
Andrew D. Cordo (#4534)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
acordo@ashby-geddes.com

*Attorneys for L.O.V. Shareholders, LLC*

*OF COUNSEL*:
Joshua M. David
DAVID KAMP & FRANK, L.L.C.
739 Thimble Shoals Boulevard, Suite 105
Newport News, Virginia  23606
(757) 595-4500

Dated: December 13, 2007
186594.1